# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Angel Villa-Luevano,<br>(A096 224 490)<br>_Defendant_ | ) ) ) Case No. 18-7230MJ ) ) ) |

DOA:
6/21/18

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 20, 2018, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Angel Villa-Luevano, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 26, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kyra J. Goddard

☒ Continued on the attached sheet.

_Complainant's signature_

Valery Lozano,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: June 21, 2018

_Judge's signature_

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 20, 2018, Angel Villa-Luevano was arrested by the Gilbert Police Department (GPD) and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Villa-Luevano was examined by ICE Officer Garcia who determined Villa-Luevano to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On June 21, 2018, Villa-Luevano was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Villa-Luevano was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Angel Villa-Luevano to be a citizen of Mexico and a previously deported criminal alien. Villa-Luevano was removed from the United States to Mexico through Nogales, Arizona, on or about August 26, 2003, pursuant to an order of removal issued by an immigration judge. There is no record

of Villa-Luevano in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Villa-Luevano's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Angel Villa-Luevano was convicted of Aggravated Driving Under the Influence of Intoxicating Liquor or Drugs, a felony offense, on May 16, 2003, in Superior Court of Arizona, Maricopa County. Villa-Luevano was sentenced to four (4) months' incarceration and five (5) years' probation. Villa-Luevano's criminal history was matched to him by electronic fingerprint comparison.

5. On June 21, 2018, Angel Villa-Luevano was advised of his constitutional rights. Villa-Luevano freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 20, 2018, Angel Villa-Luevano, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 26, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 21st day of June, 2018.

_____
Bridget S. Bade,
United States Magistrate Judge